FILED

2009 JAN 20  AM 10: 05

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, **PLAINTIFF** | **CASE NUMBER** CR 09- 00032 |
| v. Michael Ming ZHANG aka John Zhang, aka John Wen **DEFENDANT(S).** | **REPORT COMMENCING CRIMINAL ACTION** |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest  1 / 20 / 2009        6 : 50   ☒ AM / ☐ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
    50 USC 1705  /  T18 USC 2320

3.  Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

4.  U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown

5.  Year of Birth: ███/ 1959

6.  The defendant is: ☒ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

7.  Place of detention (if out-of-district): _____

8.  Date detainer placed on defendant: _____

9.  This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)

10. Name of Pretrial Services Officer:  Duty _____

11. Remarks (if any): _____

_____

12. Date: 1-20-09

13. Signature: (signature)

14. Name: Carlos R Olivo

15. Title: Special Agent

CR-64 (07/05)                    REPORT COMMENCING CRIMINAL ACTION