```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
BONNIE L. HOBBS (California Bar No. 208525)
Assistant United States Attorney
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-4447
     Facsimile:  (213) 894-6436
     Email:      bonnie.hobbs@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     v.  )<br>  )<br> MICHAEL MING ZHANG,  )<br>   aka "John Zhang,"  )<br>   aka "John Wen,"  )<br>  )<br>          Defendant.  )<br>  )<br>_____ ) | No. CR 09-32-R<br><br>ORDER DENYING DEFENDANT'S MOTION<br>TO DISMISS COUNTS I-V<br><br>Motion Hearing Date: 5/4/09<br>Motion Hearing Time: 1:30 pm<br>Location: Courtroom of the<br>Honorable Manuel Real |

The Court, having considered defendant Michael Ming Zhang's Motion to Dismiss Counts I, II, III, IV and V for Jurisdictionally Defective Venue filed on April 13, 2009, the Government's Opposition to Defendant's Motion to Dismiss Counts I-V filed on April 20, 2009, and defendant's Reply to Opposition filed on April 27, 2009, hereby DENIES defendant's motion for the reasons set forth in the Government's Opposition.

IT IS SO ORDERED.

DATED: May 18, 2009                       _____
                                          HONORABLE MANUEL L. REAL
                                          UNITED STATES DISTRICT JUDGE