**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Case No.    **CR-09-31-R**                                    **Date: MAY 17, 2010**
            **CR-09-32-R**

=====================================================================
PRESENT:   **HONORABLE MANUEL L. REAL, JUDGE**

| | | |
|---|---|---|
| **William Horrell** | **Sheri Kleeger** | **Christopher Grigg** |
| **Courtroom Deputy** | **Court Reporter** | **Asst. U.S. Attorney** |

=====================================================================
**U.S.A. vs (Dft listed below)**                          **Attorney for Defendant**

**1)    MICHAEL MING ZHANG**                    **1)    Donald Welch**
       **X present    X bond**                              **X present    X retained**

**PROCEEDINGS:    SENTENCING**


**Refer to SEPARATE Judgment and Probation/Commitment Order.**


3 min

Deputy Clerk Initials ____WH____

CR 90 (2/91)CRIMINAL MINUTES - SENTENCING AND JUDGMENT