ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER
Assistant United States Attorney
Financial Litigation Unit
robert.lester@usdoj.gov
California Bar Number: 116429
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012        cc: Fiscal
    Telephone: (213) 894-2464
    Facsimile: (213) 894-5900

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL MING ZHANG,<br><br>        Defendant. | No.  CR 09-31-R<br>       CR 09-32-R<br><br>**ORDER DIRECTING CLERK TO APPLY CASH BOND DEPOSIT TO CRIMINAL DEBT**<br><br>DATE:  May 23, 2011<br>TIME:  1:30 p.m.<br>CTRM:  Judge Real |

The motion of plaintiff United States of America for an
order directing the Clerk of the Court to apply the sum of $3,000
deposited by defendant Michael Ming Zhang to secure his bond in
this case to Defendant's outstanding obligation to pay special
assessments and restitution came on regularly for hearing on
May 23, 2010 before the Honorable Manuel L. Real, United States
District Judge.  Plaintiff United States appeared through
Assistant United States Attorney Robert I. Lester.  The Court
having considered the motion, and finding good cause for entry of
an order granting the motion, hereby ORDERS as follows:

    1.   Plaintiff's motion is granted.

    2.   The Clerk of the District Court is directed to apply the
sum of $3,000, together with accrued interested, deposited with
the Clerk by Defendant to partially satisfy Defendant's
outstanding indebtedness to the United States for payment of
restitution and special assessments.

DATED:  May 23, 2011

_____
HON. MANUEL L. REAL
United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


/s/ Robert I. Lester
_____
ROBERT I. LESTER
Assistant United States Attorney
Financial Litigation Unit
Attorneys for Plaintiff
United States of America